225-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x   07 CV. 3501 (PKL)
MUR SHIPPING BV,

                Plaintiff,

-against-                                   **RULE 7.1 STATEMENT**

GIMPRO NEGOCE,

                Defendant.
-------------------------------------------------------------x

Plaintiff MUR SHIPPING BV, by and through its undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 30, 2007

                                          FREEHILL HOGAN & MAHAR, LLP
                                          Attorneys for Plaintiff
                                          MUR SHIPPING BV.

                                          By: _____
                                          Peter J. Gutowski (PG 2200)
                                          Barbara G. Carnevale (BG 1651)
                                          80 Pine Street
                                          New York, NY 10005
                                          (212) 425-1900
                                          (212) 425-1901 fax

NYDOCS1/282431.1