GEORGE B FREEHILL
WILLIAM L. JUSKA, JR
JAMES L ROSS*
ERIC E. LENCK
JOHN J WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F MULLER
WAYNE D MEEHAN*
DON P. MURNANE, JR.△
THOMAS M RUSSO
THOMAS M CANEVARI†
MICHAEL FERNANDEZ*
JOHN F KARPOUSIS*△
MICHAEL E UNGER*†
WILLIAM J PALLAS*
GINA M VENEZIA△
LAWRENCE J KAHN*
BARBARA G CARNEVALE*
MANUEL A. MOLINA
JUSTIN T NASTRO*
PAMELA L SCHULTZ*◊†
DANIEL J FITZGERALD*¹△
MICHAEL C ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D C
◊ ALSO ADMITTED IN LOUISIANA

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N J 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 354-8377

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/07*

*RECEIVED
CHAMBERS OF
MAY 16 2007
PETER K. LEISURE
USDJ/SDNY*

May 15, 2007

OUR REF: 227-07/DPM/LJK and
225-07/PJG/PLS

By Hand
The Hon. Peter K. Leisure
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

    Re:    International Alliance v. Source Link
            07 CIV 3525 (PKL)
            MUR Shipping v. Gimpro Negoce
            07 CIV 3501 (PKL)

Dear Judge Leisure:

    We represent Plaintiff International Alliance in the matter filed under Docket No. 07 CIV 3525 (PKL) and we also represent Plaintiff MUR Shipping in the matter filed under Docket No. 07 CIV 3501 (PKL) and we write in response to orders received today concerning the preliminary pre-trial conferences scheduled in both matters for July 26, 2007 at 11:00 a.m. For the reasons set forth below, we respectfully request that the portion of the Orders recently received in these two matters that require transmissions to our opponents be rescinded pending the notice required by Local Admiralty Rule B.2. This is our first request for such relief.

    These two matters are entirely unrelated. They do have similar basic fact patterns, though. Both matters involve claims for breaches of maritime contracts of charter party, and in both matters, Plaintiffs' Verified Complaints included a request for an attachment pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure. Contemporaneously with the filing of each Verified Complaint, Plaintiffs applied for relief pursuant to Rule B, which was granted in each case *ex parte*. In both cases, Plaintiffs have begun to serve garnishee banks with the writ issued by the Clerk, but in both cases, Plaintiffs are as yet unaware of whether their

NYDOCS1/283377 1

The Hon. Peter K. Leisure
May 15, 2007
Page 2

respective attempts to restrain property of the respective Defendants have been successful (the garnishees are permitted 20 days to respond under Rule B(3)(a)).

If we were to notify our adversaries of these proceedings now (as required by the Orders in each case) – before any property is known to be restrained – then Defendants would know to attempt to take steps to keep their property outside of this District, which would both defeat the purpose for which the attachments were sought in the first instance and would undermine this Court's Orders directing that the attachments in each case be issued.

The Federal Rules provide, at Local Admiralty Rule B.2, for prompt notice to be given to a defendant of the attachment once property has been restrained, and it is respectfully submitted that the Orders issued in these two matters should be amended to provide that notice to the respective defendants of the preliminary pre-trial conference is to be given along with the Rule B.2 notice in each case.

We thank the Court for its consideration of this request and for its attention to this matter.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Lawrence J. Kahn

LJK

The orders are amended as requested. Plaintiffs are to give notice of the pre-trial conference to the respective defendants along with the respective Local Admiralty Rule B.2 notices.

SO ORDERED.

New York, New York

May 17, 2007

_____
U.S.D.J.

NYDOCS1/283377.1

FREEHILL, HOGAN & MAHAR LLP