225-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MUR SHIPPING BV,

               Plaintiff,

  -against-

GIMPRO NEGOCE,

               Defendant.
----------------------------------------------------------x

07 CV 3501 (PKL)

**NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1) and
VOLUNTARY WITHDRAWAL
OF ATTACHMENT**

The above entitled action is hereby discontinued without prejudice on application of the Plaintiff pursuant to Fed. R. Civ. 41(a)(1), the Defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
       March 5, 2008

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Plaintiff
                         By: _____
                           Pamela L. Schultz (PS 8675)
                         80 Pine Street
                         New York, NY 10005
                         (212) 425-1900
                         (212) 425-1901 fax

3/06/08

NYDOCS1/300118.1